IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-131-FL

AL W. LUCAS,                                    )
                                                )
                    Plaintiff,                  )
                                                )
          v.                                    )
                                                )          ORDER
MICHAEL J. ASTRUE,                              )
Commissioner of Social Security,                )
                                                )
                    Defendant.                  )
                                                )

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., regarding the parties' cross-motions for judgment on the pleadings. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

The court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motion is DENIED, defendant's motion is GRANTED, and this matter is DISMISSED. The clerk of court is directed to close the case.

SO ORDERED, this the 22nd day of January, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge